NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALEXI FERNANDEZ,                           )
a/k/a ALEXEI FERNANDEZ,                     )
                                            )
        Appellant,                          )
                                            )
v.                                          )        Case No. 2D17-5131
                                            )
STATE OF FLORIDA,                           )
                                            )
        Appellee.                           )
                                            )
_____)

Opinion filed August 23, 2019.

Appeal from the Circuit Court for Hendry
County; James D. Sloan, Judge.

Howard L. Dimmig, II, Public Defender, and
Megan Olson, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison C. Heim, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


        Affirmed.


VILLANTI, ATKINSON, and SMITH, JJ., Concur.